■ In the Matter of DONALD G. McQUAY, Petitioner.—Renewed application by petitioner, Donald G. McQuay, for admission to the Bar of the State of New York.

The matter is referred to the Committee on Character and Fitness for the Second Judicial Department for further investigation, inquiry and report into the status of the applicant's debts.

The renewed application will be held in abeyance pending the Committee's report. Mollen, P. J., Lazer, Mangano, Gibbons and Brown, JJ., concur.